Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Cameron Shaw

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON SHAW,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DRAGON GATE INVESTMENT INC; HI-SUK DONG, Trustee of the HS DONG LIVING TRUST U/T/A 10/29/2018; SANJU DONG, Trustee of the HS DONG LIVING TRUST U/T/A 10/29/2018;<br><br>　　　　　Defendants. | No. 3:19-cv-04549-LB<br><br>**STIPULATION FOR DISMISSAL** |

STIPULATION FOR DISMISSAL

Page 1

**IT IS HEREBY STIPULATED** by and between Plaintiff Cameron Shaw and Defendants, Dragon Gate Investment Inc.; Hi-Suk Dong, Trustee of the HS Dong Living Trust U/T/A 10/29/2018; and Sanju Dong, Trustee of the HS Dong Living Trust U/T/A 10/29/2018, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), only Plaintiff's complaint is dismissed with prejudice. Each party is to bear its own attorneys' fees and costs.

Dated: January 27, 2020    MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Cameron Shaw

Dated: January 28, 2020    WONG CHANG & YANG LLP

*/s/ Loan Dao*
Loan Dao
Attorneys for Defendant,
Dragon Gate Investment Inc.

Dated: January 27, 2020    DANFOURA LAW P.C.

*/s/ Samer Danfoura*
Samer Danfoura
Gina Sharron
Attorneys for Defendants,
Hi-Suk Dong, Trustee of the HS Dong Living Trust U/T/A 10/29/2018; and Sanju Dong, Trustee of the HS Dong Living Trust U/T/A 10/29/2018

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Cameron Shaw