Samer Danfoura, Esq. (SBN: 239519)
Christopher A. DeWys, Esq. (SBN: 257727)
Gina Sharron, Esq. (SBN: 233329)
DANFOURA LAW P.C.
475 El Camino Real, STE 300
Millbrae, California 94030
Telephone: (415) 970-8012
Facsimile:  (415) 970-8013

ATTORNEYS FOR DEFENDANTS AND CROSS CLAIMANTS
HI-SUK DONG, TRUSTEE OF THE HS DONG LIVING TRUST U/T/A/ 10/29/2018; SANJU DONG, TRUSTEE OF THE HS DONG LIVING TRUST U/T/A 10/29/2018

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON SHAW | CASE NO.: 3:19-cv-04549 LB |
| Plaintiff, | **DISMISSAL OF THIRD PARTY COMPLAINT AND CROSS-CLAIM** |
| vs. | |
| DRAGON GATE INVESTMENT, INC.; HI-SUK DONG, Trustee of the HS DONG LIVING TRUST U/T/A/ 10/29/2018; SANJU DONG, Trustee of the HS DONG LIVING TRUST U/T/A 10/29/2018 | |
| Defendants. | |
| HI-SUK DONG, Trustee of the HS DONG LIVING TRUST U/T/A/ 10/29/2018; SANJU DONG, Trustee of the HS DONG LIVING TRUST U/T/A 10/29/2018 | |
| Cross-Claimants, | |
| vs. | |
| DRAGON GATE INVESTMENT, INC dba DRAGON GATE BAR & GRILLE; HANWEN JOHNNY CHANG; AND DOES 1-20 | |

*Shaw v. Dragon Gate Investment, Inc. et al.* (Case No. 3:19-cv-04549 LB)
Dismissal of Third Party Complaint and Cross-Claim
PAGE 1 of 2

CROSS-CLAIMANTS HI-SUK DONG, Trustee of the HS DONG LIVING TRUST U/T/A/ 10/29/2018, and SANJU DONG, Trustee of the HS DONG LIVING TRUST U/T/A 10/29/2018 (collectively "Cross-Claimants") hereby dismiss their Third Party Complaint and Cross-Claim for Breach of Contract, Indemnity, and Declaratory Relief, without prejudice, pursuant to Federal Rule of Civil Procedure 41(c).

DATED: February 12, 2020                    Respectfully submitted,

DANFOURA LAW P.C.

By: _____

Samer Danfoura, Esq.
Attorney for Defendants and Cross-Claimants Hi-Suk Dong, Trustee of the HS Dong Living Trust U/T/A/ 10/29/2018, and Sanju Dong, Trustee of the HS Dong Living Trust U/T/A 10/29/2018

*Shaw v. Dragon Gate Investment, Inc. et al.* (Case No. 3:19-cv-04549 LB)
Dismissal of Third Party Complaint and Cross-Claim
PAGE 2 of 2